UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

IN RE:  BRUCE ALLEN ROSS,                    { CHAPTER 13

                                             {

        DEBTOR                               { CASE NO. R26-40050-BEM

                                             {

                                             { JUDGE ELLIS-MONRO

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor's payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (73 months).

3. The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

provide the Trustee with a sworn statement by the Debtor, in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

4. Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Fed. R. Bankr. P. 1007(b)(1)(E).

5. The proposed plan fails to provide for the treatment of BCS Rentals, LLC. However, said creditor has filed an unsecured claim for lease arrears.

6. The funding of post-petition mortgage payments have not been maintained in the above-styled Chapter 13 case possibly indicating that the present budget and proposed plan are infeasible, 11 U.S.C. § 1325(a)(6).

7. The funding of post-petition lease installments to BCS Rentals have not been maintained in the above-styled Chapter 13 case, possibly indicating that the present budget and proposed plan are infeasible. 11 U.S.C. § 1325 (a)(6).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

2.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____ /s/ _____

K. Edward Safir, Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

3.

R26-40050-BEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Clark & Washington, PC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Bruce Allen Ross
694 Buck Blvd., SE
Calhoun, GA 30701

This 12th  day of February, 2026

Respectfully submitted,
_____/s/_____
K. Edward Safir, Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

4.